## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Senior Judge John L. Kane

Date: February 12, 2014                    Courtroom Deputy: Bernique Abiakam
                                           Court Reporter: Darlene Martinez

---

Criminal Action No.: 13-cr-00260-JLK

*Parties:*                                 *Counsel:*

UNITED STATES OF AMERICA,                  Valeria N. Spencer

    Plaintiff,

v.

MICHAEL KEITH FORRESTER,                   Martin A. Stuart

    Defendant.

---

## CHANGE OF PLEA MINUTES
*(Followed by immediate sentencing)*

**10:05 a.m.    Court in session**.

Court calls case.  Counsel present.  Defendant present in custody.

Defendant sworn and answers questions asked by the Court.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

The Court advises the Defendant that there will be no presentence investigation report, due to immediate sentencing.

Waiver of Indictment executed; Felony Information filed.

Defendant advised of the maximum penalties.

Defendant's right to trial to jury and other constitutional rights are explained.

Defendant agrees to immediate sentencing.

Defendant pleads guilty to Count One of the Information.

The Court **accept**s the plea of guilty.

*13-cr-00260-JLK*
*Change of Plea*
*February 12, 2014*

Defendant is advised that he doesn't have the right to withdraw his plea.

**ORDERED:   Defendant shall be immediately sentenced.**

**10:35 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 20 minutes. *(Divided time)*